

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00526-CV

Bianca **FOX**,
Appellant

v.

**CYPRESS AT STONE OAK**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2023CV01033
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. Costs of appeal are taxed against Appellant Bianca Fox.

SIGNED November 27, 2024.

_____
Liza A. Rodriguez, Justice